UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                             :        NOTICE OF INTENT TO
                                                     FILE AN INFORMATION
RAJENDRA KUMAR,                    :

         Defendant.        :

- - - - - - - - - - - - - - - - x

**07 CRIM. 504**

**JUDGE SCHEINDLIN**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        May 10, 2007

                                          MICHAEL J. GARCIA
                                          United States Attorney

                        By: _____
                            Stephen A. Miller
                            Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By: _____
                            Hugh A. Zuber
                            Attorney for Rajendra Kumar