ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,          :

- v. -                             :

RAJENDRA KUMAR,                    :     07 Cr. _____ (SAS)

          Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 CRIM  504

## COUNT ONE

(Food Stamp Fraud)

The United States Attorney charges:

1.    From at least on or about January 1, 2005, up to and including in or about April 2007, in the Southern District of New York and elsewhere, RAJENDRA KUMAR, the defendant, unlawfully, intentionally and knowingly did use, transfer, acquire, alter, and possess coupons, authorization cards, and access devices of a value of $5,000 and more in any manner contrary to Title 7, United States Code, Section 2000, *et seq.* and the regulations issued pursuant to this section, to wit, KUMAR exchanged over one million dollars of customers' food stamp benefits for cash at his Bronx grocery store in exchange for a share of the cash proceeds.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code,
      Section 2016; Title 7, Code of Federal Regulations, Section 278.2.)

## FORFEITURE ALLEGATION

2.    As a result of committing the food stamp offenses alleged in Count One of this Information, in violation of 7 U.S.C. § 2024(b)(1), RAJENDRA KUMAR, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission

of the offenses, and all property traceable to such property, and pursuant to 7 U.S.C. § 2024(h), all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of the food stamp fraud violation, and all proceeds traceable to such violation, including but not limited to: at least $1,762,095 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offenses charged in Count One of this Information, including but not limited to:

(a) Any and all right, title, and interest in the real property and appurtenances known as 84-05 246th Street, Bellerose, New York, 11426;

(b) The $38,516.35 in United States currency seized on or about April 12, 2007, from a bank account at Washington Mutual (Account #009700003865846) in the name of Raj West Indian and American Grocery;

(c) The $13,449.09 in United States currency seized on or about April 12, 2007, from a bank account at Washington Mutual (Account #0094-0000494532-0) in the name of Raj West Indian and American Grocery; and

(d) The $3,277 in United States currency (cash) seized on or about April 12, 2007, from Raj West Indian and American Grocery, 260 East Burnside Avenue, Bronx, New York.

<u>Substitute Assets Provision</u>

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to any and all right, title, and interest in the real property and appurtenances known as 90-42 202nd Street, Hollis, New York, 11423.

(Title 18, United States Code, Section 981; Title 21, United States Code, Section 853(p); Title 7, United States Code, Section 2024; and Title 28, United States Code, Section 2461.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**RAJENDRA KUMAR,**

**Defendant.**

**INFORMATION**

07 Cr.

(7 U.S.C. § 2024.)

              MICHAEL J. GARCIA
        United States Attorney.