UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA              :

       v.                                  :         07 Cr. _____ (SAS)

RAJENDRA KUMAR,                       :

       Defendant.                          :         **07 CRIM. 504**

---------------------------------x

JUDGE SCHEINDLIN

      The above-named defendant, who is accused of violating Title 7, United States Code, Section 2024, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       June __6__, 2007

0202