07 CRIM. 504

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

**APPEARANCE**

USA

v.

RAJENDRA KUMAR

Case Number: 07-MJ-00579

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rajendra Kumar  - Defendant

I certify that I am admitted to practice in this court.

May 8, 2007
Date

*Signature*

Hugh A. Zuber                          HZ-4935
Print Name                              Bar Number

1270 Avenue of the Americas, 30th Floor
Address

New York, New York 10020
City                    State                     Zip Code

(212) 524-5005                         (212) 524-5050
Phone Number                            Fax Number