UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                              :

UNITED STATES OF AMERICA
                              :      **ORDER**

    - against -

                              :      07 CR 504 (SAS)

RAJENDRA KUMAR,
                              :

        Defendant.
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge James C. Francis on June 6, 2007.

        WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

                                                SO ORDERED:

                                                Shira A. Scheindlin
                                                U.S.D.J.

Dated:    New York, New York
            August 8, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07