UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

            -v-                             :        ORDER OF RESTITUTION

RAJENDRA KUMAR,                             :        07 Cr. 504 (SAS)

            Defendant.                      :

- - - - - - - - - - - - - - - - - - - - - x

11/15/07

        WHEREAS, on or about June 6, 2007, RAJENDRA KUMAR, the

defendant, pleaded guilty a one count information, 07 Cr. 504 (the

"Information"), which charged KUMAR with food stamp fraud, in

violation of 7 U.S.C. § 2024;

        WHEREAS, the defendant pleaded guilty to Count One of the

Information pursuant to a plea agreement, dated May 10, 2007, and

executed on June 6, 2007, in which the defendant agreed with the

Government that the defendant would be responsible for paying

$1,762,095 restitution to the victim in this case: the United

States Department of Agriculture, Food and Nutrition Service;

        WHEREAS, on August 20, 2007, the defendant was sentenced,

inter alia, to a term of imprisonment of 33 months, to be followed

by 3 years of supervised release, and to pay restitution in an

amount and manner to be determined by the Court at a later date;

        WHEREAS, Michael J. Garcia, the United States Attorney

for the Southern District of New York, by Assistant United States

Attorney Sharon E. Frase, of counsel, RAJENDRA KUMAR, the

defendant, by his attorney, Hugh A. Zuber, Esq., consent to the entry of the within Order;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that RAJENDRA KUMAR, the defendant, shall pay a total of $1,762,095 in restitution to the victim in this case: the United States Department of Agriculture, Food and Nutrition Service;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that RAJENDRA KUMAR, the defendant, shall make said restitution payments in accordance with the terms and conditions described in the Amended Judgment in a Criminal Case entered by the Court in this matter on or about November 16, 2007.

Dated:    New York, New York
          November 14, 2007

SO ORDERED:

HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE