AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

| United States of America |
|---|
v.
| Rajendra Kumar |

**APPEARANCE**

Case Number: 07 Cr. 504 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

March 6, 2008
Date

*[Signature]*
Signature

Sharon Frase  SF-4906
Print Name  Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,  New York  10007
City  State  Zip Code

(212) 637-2329  (212) 637-0421
Phone Number  Fax Number