| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 CR. 504 (SAS) |
| DEFENDANT | TYPE OF PROCESS |
| Rajendra Kumar | Notice of Publication |

ORIGINAL

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ | Sandy Moo, USMS |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                              Fold

Please publish the attached notice of publication once a week for three consecutive weeks.

USAO#2007R00695    CATS #08-FBI-000667

Please return to Karyn Leon-Matovick, 212-637-2495

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Sharon E. Frase* /ICH<br>AUSA SHARON E. FRASE | ☐ DEFENDANT | 212-637-2329 | 12/26/07 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk *Sandy Moo* | Date 12/28/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 3/19/   Time 8   am/pm

Signature of U.S. Marshal or Deputy *Sandy Moo*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 3/19/08 - Notice was published in the New York Law Journal on February 13, 20 & 27, 2008. (copy attached)

PRIOR EDITIONS
MAY BE USED

FORM USM-285

**STATE OF NEW YORK**
*County of New York,* s.:

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 13th day of February, 2008.

TO WIT: FEBRUARY 13, 20, 27, 2008

*Cynthia Byrd*

SWORN TO BEFORE ME, this 27th day
Of February, 2008.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

---

**MISCELLANEOUS**

**NOTICE OF:**
**UNITED STATES v.**
**RAJENDRA KUMAR**
**07 Cr. 504 (SAS)**

NOTICE IS HEREBY given that on November 14, 2007, in the case of United States v. Rajendra Kumar, 07 Cr. 504 (SAS), the United States District Court for the Southern District of New York entered an Order of Forfeiture/Preliminary Order of Forfeiture as to Specific Property condemning and forfeiting Rajendra Kumar's right, title, and interest in the following Subject Property to the United States Department of Treasury:
(A) Any and all right, title and interest in the real property and appurtenances known as 84-05 246th Street, Bellerose, New York; 11426;
United States hereby gives notice of its intention to dispose of the forfeited Subject Property in such a manner as the United States Marshals may direct. Any person having or claiming a legal right, title or interest in the aforementioned Subject Property must file a petition within thirty (30) days of the final publication of this notice, which will be March 28, 2008. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Subject Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY
f13-W f27
963216